**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  JAMES N. BRANNON            §        Case No. 13-81609
                                    §
                                    §
         Debtor(s)                  §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on  04/30/2013 .

2) The plan was confirmed on  11/22/2013 .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on  10/31/2014, 11/06/2015.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on  08/15/2013, 09/01/2015, 12/18/2015, 08/02/2016, 10/21/2016.

5) The case was completed on  10/18/2016 .

6) Number of months from filing or conversion to last payment:  41 .

7) Number of months case was pending:  45 .

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  $4,445.00 .

10) Amount of unsecured claims discharged without full payment:  $81,871.33 .

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 8,748.00 |
| Less amount refunded to debtor(s) | $ 0.00 |
| **NET RECEIPTS** | $ 8,748.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 591.59 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,091.59 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| COOK COUNTY ACCEPTANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORPORATION | Sec | 0.00 | 21,221.64 | 0.00 | 0.00 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Uns | 0.00 | 9,953.25 | 9,953.25 | 52.36 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Sec | 500.00 | 2,455.00 | 2,454.67 | 2,454.67 | 146.81 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 8,693.00 | 3,564.41 | 3,564.74 | 18.75 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,010.00 | 1,271.65 | 1,271.65 | 1,271.65 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 737.14 | 737.14 | 3.88 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 5,996.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 478.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,645.00 | 1,645.27 | 1,645.27 | 8.66 | 0.00 |
| CREDITORS PROTECTION S | Uns | 1,157.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 281.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 281.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 238.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 561.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION S | Uns | 156.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 546.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 37.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 642.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 530.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 226.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Uns | 0.00 | 13,396.05 | 0.00 | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 298.00 | 382.27 | 382.27 | 2.01 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 518.00 | 528.10 | 528.10 | 2.78 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 520.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 335.00 | 14,174.86 | 14,174.86 | 74.57 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 640.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER | Uns | 8,267.00 | NA | NA | 0.00 | 0.00 |
| SPEEDYCASH.COM 161-II | Uns | 231.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 1,479.00 | NA | NA | 0.00 | 0.00 |
| T - MOBILE | Uns | 1,279.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Uns | 3,509.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 992.00 | NA | NA | 0.00 | 0.00 |
| STACI PATTISON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO% | Uns | 0.00 | 69.64 | 69.64 | 0.37 | 0.00 |
| AT&T MOBILITY II LLC % AT& T | Uns | 0.00 | 821.94 | 821.94 | 4.32 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 1,525.73 | 1,525.73 | 8.03 | 0.00 |
| SECURITY FINANCE | Uns | 0.00 | 686.00 | 686.00 | 3.61 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 900.00 | 598.20 | 598.20 | 598.20 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 56.92 | 56.92 | 0.30 | 0.00 |
| AAA COMMUNITY FINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ABA COLLECTIONS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCELERATED REHAB CENTERS | Uns | 63.00 | NA | NA | 0.00 | 0.00 |
| ARROWHEAD INVESTMENTS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| CARLYLE AUTO | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |
| DR. GELLER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EDWARD YAVITZ EYE CENTER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FTF PROPERTIES | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| HOME CHOICE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS PATHOLOGIST SERVICES | Uns | 3.00 | NA | NA | 0.00 | 0.00 |
| MARINO REALITY | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |
| MY SNAP CREDIT | Uns | 480.00 | NA | NA | 0.00 | 0.00 |
| NADEEM HANIF, MDSC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| NRTHESTCROLOL | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| OSF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| OSF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 6,500.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ORTHOPEDICS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| TRANSPORTATION STATION | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 1,034.55 | 1,034.55 | 5.44 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 2,454.67 | $ 2,454.67 | $ 146.81 |
| **TOTAL SECURED:** | $ 2,454.67 | $ 2,454.67 | $ 146.81 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 1,869.85 | $ 1,869.85 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,869.85 | $ 1,869.85 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 35,180.41 | $ 185.08 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,091.59 |
| Disbursements to Creditors | $ 4,656.41 |
| **TOTAL DISBURSEMENTS:** | $ 8,748.00 |

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  02/23/2017          By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)